IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MILLIE VARGAS-SANTANA, ET AL**<br>    **Plaintiff s**<br><br>    v.<br><br>**BOY SCOUTS OF AMERICA, ET AL**<br>    **Defendant**s | **Civil No. 05-2080 (ADC)** |

### ORDER

The Magistrate-Judge's Report and Recommendation (**Docket No. 46**) is **ADOPTED**.

The Clerk of Court will enter judgment providing for the dismissal of the federal claims.  State claims are to be dismissed without prejudice.

The parties objections to the Report and Recommendation are addressed in a separate Opinion and Order.

**SO ORDERED.**

At San Juan, Puerto Rico, this 30th day of March, 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**